YOUNGBLOOD v. INDEPENDENT ORDER OF PURITANS. (No. 746.)

(Court of Civil Appeals of Texas. El Paso. Oct. 18, 1917.)

Courts ⟳121(2) — Jurisdiction — Amount Involved.

Action in the county court will be dismissed for want of jurisdiction; the petition, though to recover $500, on its face disclosing that no more than $70 can be recovered.

Appeal from Taylor County Court; E. M. Overshiner, Judge.

Action by Mrs. Evie Youngblood against the Independent Order of Puritans. From an adverse judgment, plaintiff appeals. Affirmed.

Will S. Payne, of Abilene, for appellant. Kirby & King, of Abilene, for appellee.

HIGGINS, J. Appellant sued appellee upon a policy of insurance seeking a recovery of $500. The petition upon its face discloses that a recovery for more than $70 could not be had. A special exception was addressed to the petition, asking that the cause be dismissed for want of jurisdiction. The exception was sustained, and the cause dismissed. In this there was no error. Continental Casualty Co. v. Morris, 46 Tex. Civ. App. 394, 102 S. W. 773; Malin et al. v. Mc-Cutcheon, 33 Tex. Civ. App. 387, 76 S. W. 587; Telegraph Co. v. Arnold, 97 Tex. 365, 77 S. W. 249, 79 S. W. 8.

Affirmed.